

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at GREENBELT

|  |  |  |
|---|---|---|
| In Re: | * | |
| WILTON P. BROWN & | * | Case No.    06-16599 TJC |
| LISA D. BROWN, | * | Chapter    7 |
| | * | |
| | * | Creditor  -  UNKNOWN |
| | * | |
| Debtor(s). | * | Reaffirmation  - #28 |

### DETERMINATION OF NO UNDUE HARDSHIP

For the reasons set forth on the record at a hearing held, it is by the United States

Bankruptcy Court for the District of Maryland,

Determined that the presumption of undue hardship has been rebutted.

cc:    Debtor(s)
       Debtor(s) Counsel - E. Christman
       Creditor - UNKNOWN
       Trustee - M. Cohen

### End Of Order

Reaff-34.5  - 2/9/07/jfw